IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **ACHATES REFERENCE PUBLISHING, INC.** *Plaintiff,* vs. BMC Software Inc., Borland Software Corporation, Citrix Systems, Inc., The MathWorks, Inc., Dassault Systèmes SolidWorks Corp., MindJet, LLC, McAfee Corporation, Bentley Systems Inc., and Intuit Inc. *Defendants.* | Civil Action No. 2:09-cv-355 **JURY TRIAL DEMANDED** |

**ACHATES REFERENCE PUBLISHING, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Achates Reference Publishing, Inc. states that: (1) Achates Reference Publishing, Inc., a Texas corporation, has no parent corporation and (2) no publicly held corporation owns 10% or more of the stock of Achates Reference Publishing, Inc.

Dated:   November 11, 2009

Respectfully submitted,

By:   /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75601)
Longview, TX 75606
Tel: (903) 236-9800
Fax: (903) 236-8787

**PARKER, BUNT & AINSWORTH**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Phone: (903) 531-3535
Facsimile: (903) 533-9687
Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787164
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com

*Attorneys for Plaintiff*
*Achates Reference Publishing, Inc.*

*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
**GIBBONS P.C.**
One Riverfront Plaza
Newark, NJ
Phone: (973) 596-4837
Facsimile: (973) 639-6477
Email: vmcgeary@gibbonslaw.com

Michael Cukor
New York State Bar No. 3935889
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
(212) 613-2013 (telephone)
(212) 554-9658 (facsimile)
Email: mcukor@gibbonslaw.com