**Appendix K**                                                                  Revised: 1/24/07

U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

2010 JAN 19 PM 12: 14

EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # __2:09-CV-355-TJW__
Style: *Achates Reference Publishing, Inc. v. BMC Software, Inc., Borland Software Corporation, Citrix Systems, Inc., The MathWorks, Inc., Dassault Systèmes SolidWorks Corp., MindJet, LLC, McAfee Corporation, Bentley Systems, Inc., and Intuit Inc.*

2. Applicant is representing the following party/ies: __Bentley Systems, Inc.__

3. Applicant was admitted to practice in __Delaware__ (state) on __December 2004__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not ever** had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/**has not been** disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses __N/A__

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: __United States District Court for the District of Delaware, United States Court of Appeals for the Federal Circuit.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, _____Tara D. Elliott_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: __1/14/10__                    Signature __/s/ Tara C. Elliott__

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

# APPLICATION TO APPEAR PRO HAC VICE

Name (please print) __Tara D. Elliott__
State Bar Number: __DE 4483__
Firm Name: __Fish & Richardson P.C.__
Address/P.O. Box: __222 Delaware Avenue, 17th Floor,__
__P.O. Box 1114__
City/State/Zip: __Wilmington, DE 19899-1114__
Telephone #: __(302) 652-5070__
Fax #: __(302) 652-0607__
E-mail Address: __elliott@fr.com__
Secondary E-mail Address: __sbradley@fr.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.

This application has been approved for the court on: __1-19-10__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By_____
         Deputy Clerk

# Receipt for Payment

Receipt No: 234-0005134

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, January 19, 2010**

Received from:

**FISH RICHARDSON**

**WILMINGTON, DE 19899**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:09cv355 PHV Elliott**

Comments: **ck 2084**

Received by: **pa**