IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC. | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 2:09-CV-355 |
| BMC Software, Inc., Borland Software Corporation, Citrix Systems, Inc., The MathWorks, Inc., Dassault Systèmes SolidWorks Corp., MindJet, LLC, McAfee Corporation, Bentley Systems, Inc., and Intuit Inc. | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## STIPULATION OF DISMISSAL AS TO DASSAULT SYSTÈMES SOLIDWORKS CORPORATION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Achates Reference Publishing, Inc. ("Achates") and Defendant Dassault Systèmes Solidworks Corporation ("Solidworks") file this Stipulation of Dismissal and would show the Court as follows:

Pursuant to an agreement between the parties, the complaint filed in this action against Dassault Systèmes Solidworks Corporation ("Solidworks") by Achates Reference Publishing, Inc. ("Achates") shall be and is hereby dismissed with prejudice, and any counterclaims by Solidworks for noninfringement, unenforceability and invalidity of the patents in suit shall be and hereby are dismissed without prejudice.  Each party hereto shall bear its own costs and fees of suit.

Dated:  April 21, 2010          Respectfully submitted,

*/s/ David Healey (with permission by Robert Christopher Bunt)*
DAVID HEALEY

1

State Bar No. 09327980
FISH & RICHARDSON PC
1221 McKinney Street, Ste. 2800
Houston, Texas 77010
713/654-5300
713/652-0109 – facsimile
healey@fr.com

*Attorneys for Defendant,
Dassault* Systèmes *Solidworks Corp.*


/s/ *Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
PO Box 3999 (75601)
Longview, Texas 75606
Telephone: 903/236-9800
Facsimile: 903/236-8787

*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973/596-4837
Facsimile: 973/639-6477
Email: vmgeary@gibbonslaw.com

Michael Cukor
New York State Bar No. 3935889
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: 212/613-2013
Facsimile: 212/554-9658
Email: mcukor@gibbonslaw.com

*Attorneys for Plaintiff,*
*Achates Reference Publishing, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 21st day of April, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                  */s/ Robert Christopher Bunt*
                                  ROBERT CHRISTOPHER BUNT