IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC.<br>Plaintiff, | §<br>§<br>§<br>§ | |
| vs. | § | Case No. 2:09-CV-355 |
| | § | |
| BMC Software, Inc., Borland Software Corporation, Citrix Systems, Inc., The MathWorks, Inc., Dassault Systèmes SolidWorks Corp., MindJet, LLC, McAfee Corporation, Bentley Systems, Inc., and Intuit Inc.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

**AGREED STIPULATION OF DISMISSAL AS TO BENTLEY SYSTEMS, INCORPORATED**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Achates Reference Publishing, Inc. ("Achates") and Bentley Systems, Incorporated ("Bentley") file this Stipulation of Dismissal and would show the Court as follows:

Pursuant to an agreement between the parties, the complaint filed in this action against Bentley by Achates shall be and is hereby dismissed with prejudice. Each party hereto shall bear its own costs and fees of suit.

Dated: July 8, 2010

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: 903/531-3535
Facsimile: 903/533-9687
E-mail: rcbunt@pbatyler.com

E-mail: charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
PO Box 3999 (75601)
Longview, Texas 75606
Telephone: 903/236-9800
Facsimile: 903/236-8787

*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973/596-4837
Facsimile: 973/639-6477
Email: vmgeary@gibbonslaw.com

Michael Cukor
New York State Bar No. 3935889
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: 212/613-2013
Facsimile: 212/554-9658
Email: mcukor@gibbonslaw.com

*Attorneys for Plaintiff,*
*Achates Reference Publishing, Inc.*

/s/ *Tara D. Elliott*
David J. Healey
Texas State Bar No. 09327980
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street, Suite 2800

Houston, TX 77010
Tel: 713-654-5300
healey@fr.com

Tara D. Elliott
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th floor
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: 302-652-5070
elliott@fr.com

*Attorneys for Defendant,*
*Bentley Systems, Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 8th day of July, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT