### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC. | § § § § | |
| Plaintiff, | § | |
| vs. | § § | Case No. 2:09-CV-355(TJW) |
| BMC Software, Inc., et al | § | JURY DEMAND REQUESTED |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL OF MCAFEE CORPORATION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Achates Reference Publishing, Inc. ("Achates") and Defendant McAfee Corporation ("McAfee") stipulate and agree that the subject litigation, Civil Action No. 2:09-cv-355 should be dismissed with prejudice, with each party bearing its own costs and attorneys fees. The parties stipulate and agree that the Court shall retain continuing jurisdiction to enforce the terms of the settlement.

Dated:  August 5, 2010                     Respectfully submitted,

*/s/ S. Calvin Capshaw*
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75601)
Longview, Texas 75606
Telephone: 903/236-9800
Facsimile: 903/236-8787

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX  75702
Telephone:  903/531-3535
Facsimile: 903/533-9687
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com


*Of Counsel:*

Vincent E. McGeary
New Jersey State Bar No. 041681991
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973/596-4837
Facsimile: 973/639-6477
Email: vmgeary@gibbonslaw.com

Michael Cukor
New York State Bar No. 3935889
GIBBONS P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: 212/613-2013
Facsimile: 212/554-9658
Email: mcukor@gibbonslaw.com

*Attorneys for Plaintiff,*
*Achates Reference Publishing, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 5th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

         */s/ S. Calvin Capshaw*
         S. Calvin Capshaw