IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ACHATES REFERENCE PUBLISHING, INC. | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 2:09-CV-355 (TJW) |
| BMC Software, Inc., Borland Software Corporation, Citrix Systems, Inc., The MathWorks, Inc., Dassault Systèmes SolidWorks Corp., MindJet, LLC, McAfee Corporation, Bentley Systems, Inc., and Intuit Inc. | § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER OF DISMISSAL

Came on for consideration, the stipulation of dismissal between Plaintiff Achates and Defendant MindJet. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

It is THEREFORE ORDERED that the first amended complaint filed in this action against MindJet, LLC ("MindJet") by Achates Reference Publishing, Inc. ("Achates") shall be and is hereby dismissed with prejudice. Each party hereto shall bear its own costs and fees of suit.

SIGNED this 30th day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1